# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PAICE LLC v. FORD MOTOR COMPANY

Case No. 2016-2033

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve it on the principal attorney for each party.)

Please enter my appearance:

    ___ Pro Se    _X_ As counsel for:  Ford Motor Company

I am, or the party I represent is (select one):

    ___ Petitioner    ___ Respondent    ___ Amicus Curiae    ___ Cross Appellant

    ___ Appellant    _X_ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    ___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

    Frank A. Angileri
    Brooks Kushman P.C.
    1000 Town Center, 22nd Floor
    Southfield, MI 48075-1238
    Phone:  (248) 358-4400
    Fax:  (248) 358-3351
    E-mail:  fangileri@brookskushman.com

Statement to be completed by counsel only (select one):

    _X_    I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel for the party in this case of the matters served upon me.

    ___    I am replacing ___ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    ___    I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _1992_

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

    ___ yes    _X_ no

    ___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date:  May 24, 2016        /s/ Frank A. Angileri
                                  Signature of Pro Se or Counsel

cc:  Linda Kordziel
Lissi Mojica

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

PAICE LLC vs. FORD MOTOR COMPANY

Case No. 2016-2033

## CERTIFICATE OF SERVICE

I certify that I served a copy of  Entry of Appearance for Frank Angileri  on counsel of record on   May 24, 2016    by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand Delivery
- ☒ Electronic Means (by email or CM/ECF)

**BROOKS KUSHMAN P.C.**

   /s/ Frank A. Angileri
Frank A. Angileri
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email: fangileri@brookskushman.com

*Attorneys for Ford Motor Company*