Note:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

_____

2016-1411

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00570.

-------------------------------------------------------------------------------

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

_____

2016-1412, -1415

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00571 and IPR2014-00579.

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

———————

2016-1647

———————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00875.

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

———————

2016-1745

———————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00884.

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

———————————

2016-1746, -2034

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00904 and IPR2014-01416.

----------------------------------------------------------------------

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Appellee*

———————————

2016-2033

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01415.

———————————

**ON MOTION**

———————————

Before STOLL, *Circuit Judge.*

# O R D E R

Paice LLC and the Abell Foundation, Inc. move the court to modify the organization of the above-captioned appeals for purposes of oral argument. Ford Motor Company opposes the motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26